Bret Knewtson, OSB 03355
Bret Knewtson, Esq
3000 NW Stucki PL STE 230-M
Hillsboro OR 97124
Telephone: (503) 846-1160
Facsimile: (503) 922-3181
bknewtson@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL SALZER,<br><br>         Plaintiff,<br><br>    vs.<br><br>GRIGGS &  ASSOCIATES LLC and;<br>JEANILLE LANIER GRIGGS<br>         Defendant | Case No.: 3:11-CV-07-BR<br><br>Motion for Judgment (Default) against Defendants Jeanille Lanier Griggs and Griggs & Associates LLC. |

**MOTION**

Pursuant to FRCP 55(b)(2) plaintiff moves for a judgment against defendants Jeanille Griggs and Griggs & Associates for $22,000 in damages and $5250 in attorney fees and costs of $485. This motion is supported by the declarations of Knewtson, attorney for plaintiff and Michael Salzer, plaintiff and witnesses and plaintiffs memorandum in support of damages.

Dated this September 29, 2011

/s/ Bret Knewtson
Bret Knewtson, OSB 03355

Service of Motion for Default (without accompanying documents) by first class mail on September 30, 2011 by Bret Knewtson:
Jeanille Griggs 3090 Cambrian Terrace Austell GA 30168

/s/ Bret Knewtson
Bret Knewtson, September 30, 2011

Motion for Judgment - 1