IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

MICHAEL SALZER,

        Plaintiff,

vs.

GRIGGS & ASSOCIATES LLC and;
JEANILLE LANIER GRIGGS
        Defendant

Case No.: 3:11-CV-07-BR

Judgment (Default)

    The defendants Jeanille Griggs and Griggs & Associates having failed to appear, plead or otherwise defend in this action, and default having been entered on August 29th, 2011 and counsel for plaintiff having requested judgment against the defaulted defendants and having filed a proper motion and declaration in accordance with FRCP 55(a) and (b);

    Judgment is hereby entered in favor of plaintiff and against Jeanille Griggs and Griggs& Associates, as follows: for $20,000 in actual damages, $2,000 in statutory damages ($1,000 against each defendant). Interest accrues at: .10% (compounded annually) per 28 USC 1961.

Attorney fees will be considered if a request is filed before ~~October 28th, 2011~~ January 6, 2012.

### 

Dated this ~~October~~ December 20, 2011

_____
Judge Anna J. Brown

Submitted by:

/s/ Bret Knewtson
Bret Knewtson, OSB 03344
Attorney for plaintiff
CC: Jeanille Griggs 3090 Cambrian Terrace Austell GA 30106, also, 329 Patchen Ave, Apt 3C Brooklyn NY 11233-2135
Jeanille Griggs RA Griggs & Associates LLC 3090 Cambrian Terrace Austell GA 30106